IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

TERRAN RUCKER

**Plaintiff,**

v.

BEST BUY CO., INC. d/b/a BEST BUY

**Defendant.**

Case No. 1:15-cv-01267 JKB

## DISCLOSURE OF CORPORATE INTEREST

**Check all that apply:**

☐ I certify, as party/counsel in this case that _____
(name of party)
is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.).

☒ The following corporate affiliations exist with Best Buy Co., Inc.:
(name of party)

See attached list
(names of affiliates)

☐ The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

_____
(names of entities with possible financial interests)

DisclosureCorpInterest (03/2015)

☐ In a case based on diversity jurisdiction, the following is a list of all members of

_____ and their states of citizenship:
(name of LLC party)


| (name of member) | (state of citizenship) |
| --- | --- |
| (name of member) | (state of citizenship) |
| (name of member) | (state of citizenship) |
| (name of member) | (state of citizenship) |

Note: If there are additional LLC members, please provide their names and states of citizenship on a separate sheet of paper.


July 23, 2015

Date

/S/ William W. Carrier, III

Signature

William W. Carrier, III   08453

Printed name and bar number

100 E. Pratt St., 26th Fl., Baltimore, MD 21202

Address

wcarrier@tydingslaw.com

Email address

410.752.9721

Telephone number

410.727.5460

Fax number

# BEST BUY CO., INC.
## SCHEDULE OF QUALIFYING ENTITIES

All of the entities on this list are 100% directly or indirectly owned and controlled subsidiaries of Best Buy Co., Inc.

### *CORPORATE HEADQUARTERS:*

Best Buy Enterprise Services, Inc.
7601 Penn Avenue South
Richfield, MN 55423

1. 6349021 Canada Ltd.
2. BBC Insurance Agency Inc.
3. BBC Investment Co.
4. BBC Property Co.
5. BBY (Mauritius I) Ltd.
6. BBY (Mauritius II) Ltd.
7. BBY (Mauritius III) Ltd.
8. BBY Canada Finance, LLC
9. BBY Global Connect (Mauritius I) Ltd.
10. BBY Global Connect (Mauritius II) Ltd.
11. BBY Holdings International, Inc.
12. BBY Networks, Inc.
13. BBY Services, Inc.
14. BBY Solutions, Inc.
15. Best Buy (AsiaPacific) Limited
16. Best Buy Asia Pacific Regional Holdings Limited
17. Best Buy Canada Ltd. / Magasins Best Buy LTEE
18. Best Buy China
19. Best Buy China Holdings, Ltd.
20. Best Buy China Ltd.
21. Best Buy China UK, LLP
22. Best Buy Co., Inc. (PARENT COMPANY)
23. Best Buy Connect, LLC
24. Best Buy Distributions Limited
25. Best Buy Enterprise Services, Inc.
26. Best Buy Enterprises, S. de R.L. de C.V.
27. Best Buy Finance, Inc.
28. Best Buy Gov, LLC
29. Best Buy Holdings B.V.
30. Best Buy Imports, S. de R.L. de C.V.
31. Best Buy International Finance, S.a.r.l.
32. Best Buy Leasing, LLC
33. Best Buy Jiangsu, Ltd.
34. Best Buy Mobile (Nanjing) Management Consulting Co., Ltd.
35. Best Buy Puerto Rico Holdings, LLC
36. Best Buy Purchasing LLC
37. Best Buy Shanghai, Ltd.
38. Best Buy Stores Puerto Rico LLC

39. Best Buy Stores, L.P.
40. Best Buy Stores, S. de R.L. de C.V.
41. Best Buy Warehousing Logistics, Inc.
42. BestBuy.com, LLC
43. CCL Insurance Company
44. CP Gal Richfield, LLC
45. CPW Mobile Limited
46. CPWCO 16 Limited
47. ExB Hong Kong Limited
48. Five Star Trust
49. FutureGard Reinsurance Ltd.
50. Global Connect China
51. Magnolia Hi-Fi, LLC
52. New CPWM Limited
53. Nichols Distribution, LLC
54. Oval (2248) Limited
55. Pacific Sales Kitchen and Bath Centers, LLC
56. Partsearch Technologies, Inc.
57. Project Jaguar, Inc.
58. ProTheoIII, LLC
59. ProTheoIV, LLC
60. ProTheoV, LLC
61. ProTheo, Inc.
62. Retspan, LLC
63. Retpsan Deutschland GmbH
64. Talkback, Inc.